IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-1654- JLK**

**VOGEL PLUMBING, INC., an Illinois Corporation**,

    Plaintiff

v.

**DOUBLE T & B BUILDERS, INC., a Louisiana Corporation**,

    Defendant.

## ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

THE COURT, having reviewed Plaintiff's Motion for Entry of Judgment, the Court's file, and being fully advised, in the premises, enters the following Findings and Order:

The Court Finds the following:

1. This is a civil action filed by the Plaintiff on August 6, 2007.

2. On January 10, 2008 Plaintiff filed its Plaintiff's Motion for Entry of Default, and later filed an amended motion and return of service.

3. The Defendant was properly served with process in this case. Defendant has filed no responsive pleading to the Complaint, or any motion filed in this case.

4. On April 3, 2008, the Clerk of this Court entered default against the non-responding Defendant, Double T & B Builders, Inc., but did not enter judgment.

5. Entry of default by the Clerk of this Court was proper under F.R.C.P. 55.

6. Plaintiff Vogel Plumbing, Inc. submitted its Affidavit in Support of Plaintiff's Motion for Entry of Default, attached as Exhibit A to the Plaintiff's original Motion for Entry of Default. *See*, Document number 5 in this case. In that affidavit, Plaintiff sets forth his affidavit under penalty of perjury that Plaintiff is owed the sum of $598,381.68 from

Defendant. Defendant has filed no responsive pleading, is in default, and entry of judgment is proper at this time.

Accordingly, the Court enters the following Order:

7. Judgment shall enter in favor of Plaintiff Vogel Plumbing, Inc. and against Defendant Double T & B Builders, Inc. in the sum of $598,381.68, and in addition thereto for costs in the sum of $440.00.

DATED: May 12, 2008

BY THE COURT:

*S/John L. Kane*
District Court Judge